DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ABRAHAM TOTAH and
RIMA TOTAH,

Appellants,

v.

JAMES LeFEBVRE and
ADRIANA LeFEBVRE,

Appellees.

No. 2D2023-2410

_____

April 24, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Pinellas County; Michael F. Andrews, Judge.

Scott L. Knox and W. Nathan Meloon of Widerman Malek, PL, Melbourne,
for Appellants.

James LeFebvre and Adriana LeFebvre, pro se.

PER CURIAM.

    Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.